Second Department. September 10, 1912.) Proceeding by the People of the State of New York against August Menklei. No opinion. Judgment of conviction of the County Court of Westchester County affirmed.

PEOPLE, Respondent, v. NEW YORK CENTADRINK CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against the New York Centadrink Company. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against William J. O'Brien. PER CURIAM. Judgment of conviction and order of the County Court of Kings County affirmed.

CARR, J., dissents.

PEOPLE, Respondent, v. OLSEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Harry Olsen. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise motion granted.

PEOPLE v. O'REILLY. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Daniel O'Reilly. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. PINSKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against William Pinsker. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. RAVEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Proceeding by the People of the State of New York against Barney Raven. No opinion. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, on the ground that the evidence fails to establish that defendant committed the crime of extortion.

PEOPLE, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against Harry Roberts, alias Harry Shanks. No opinion. Judgment of conviction and order of the County Court of Kings County affirmed.

PEOPLE v. ROGERS. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Emery M. Rogers. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SCHOBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Christian Schober. (Case No. 1.) No opinion. Motion granted.

PEOPLE, Respondent, v. SCHOBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Christian Schober. (Case No. 2.) No opinion. Motion granted.

PEOPLE v. SIRAGUSA. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Giuseppe Siragusa. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against Frank Smith, impleaded with others. No opinion. Judgment of conviction of the Court of Special Sessions reversed, on the ground that the facts do not justify a conviction on the information.

PEOPLE v. WATSON. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Thomas Watson. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. WERBLINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceedings by the People of the State of New York against David Warblinsky. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. BENJAMINS, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Israel Benjamins, against Henry S. Thompson. J. Fischer, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BOUGIE, Appellant, v. McLAUGHLIN, Warden of City Prison, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.)